458 A.2d 267

Drozdibob v. Gerovac, Appellant.

Submitted June 15, 1982.  John Francis Salopek, for appellant;  J. Lauson Cashdollar, did not file a brief on behalf of appellee;  Craig E. Wynn, participating party, in propria persona.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Order affirmed.